UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

COMPLETE MEDICAL SALES, INC.,
d/b/a COMPLETE MEDICAL
SERVICES, INC., a Michigan Corporation,

    Plaintiff/Counter-Defendant,

v().    Case No. 3:20-cv-11152-RHC-APP
    Honorable Richard H. Cleland
GENORAY AMERICA INC.,    Magistrate Anthony P. Patti
a California Corporation,

    Defendant/Counter-Plaintiff.    **DEMAND FOR TRIAL BY JURY**
_____/

| Howard & Howard Attorneys PLLC | Kotz Sangster Wysocki, P.C. |
|---|---|
| By:   Michael F. Wais (P45482) | By:   Walter B. Fisher, Jr. (P51337) |
|       Jonathan F. Karmo (P76768) | Attorneys for Defendant/Counter-Plaintiff |
| Attorneys for Plaintiff/Counter-Defendant | 400 Renaissance Center, Suite 3400 |
| 450 West Fourth Street | Detroit, MI 48243-1618 |
| Royal Oak, Michigan 48067-2557 | (313) 259-8300 |
| (248) 645-1483 \| Fax: (248) 723-1568 | WFisher@kotzsangster.com |
| MWais@HowardandHoward.com | |
| JKarmo@HowardandHoward.com | |

_____/

**STIPULATED ORDER FOR DISMISSAL
OF COUNT III OF PLAINTIFF'S COMPLAINT, ONLY**

At a session of said Court, held in the City of Port Huron,
County of St. Clair, State of Michigan, on June 30, 2020

PRESENT:  HONORABLE     Robert H. Cleland
                                U.S. DISTRICT COURT JUDGE

WHEREAS, Plaintiff and Defendant agree that Count III of the above-captioned cause (the Michigan Consumer Protection Act claim), only, should be dismissed with prejudice and without costs to any party.

WHEREAS, the parties having stipulated to the entry of the following Order, and the Court being otherwise advised in the premises:

NOW THEREFORE, IT IS HEREBY ORDERED that Count III of the above-captioned case (the Michigan Consumer Protection Act claim), including all claims that have been or could have been brought under the Michigan Consumer Protection Act, only, is hereby dismissed with prejudice and without costs or attorney fees to any party.

IT IS FURTHER ORDERED that this Order does not resolve the last pending claim in this matter and does not close the case.

s/Robert H. Cleland
U.S. DISTRICT COURT JUDGE

We stipulate to entry of the above Order:

| /s/Michael F. Wais | /s/Walter B. Fisher, Jr. (w/consent) |
|---|---|
| Howard & Howard Attorneys PLLC | Kotz Sangster Wysocki, P.C. |
| By: Michael F. Wais (P45482) | By: Walter B. Fisher, Jr. (P51337) |
| Jonathan F. Karmo (P76768) | Attorneys for Defendant/Counter-Plaintiff |
| Attorneys for Plaintiff/Counter-Defendant | WFisher@kotzsangster.com |
| MWais@HowardandHoward.com | |
| JKarmo@HowardandHoward.com | |

4836-3195-6156, v. 3